IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| ATHENA BACHTEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-CV-00049-AGF |
| | ) | |
| CITY OF MOBERLY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, DAVID STEPHEN BAKER, move to be admitted pro hac vice to the bar of this Court for the purpose of representing The City of Moberly, Missouri in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) **Full name of Movant-Attorney:**

David Stephen Baker

(b) **Address, telephone number and fax number of the movant-attorney:**

51 Corporate Woods, Suite 300, 9393 West 110th Street, Overland Park, KS 66210, (913) 339-6757; Fax: (913) 339-6187; E-mail: dbaker@fisherpatterson.com

(c) **Name of the firm or letterhead under which the movant practices:**

Fisher, Patterson, Sayler & Smith, LLP;

O0262672.WPD;1

(d) **Name of the law school(s) movant attended and the date(s) of graduation therefrom:**

University of Missouri-Columbia School of Law, May 1982;

(e) **Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:**

Missouri State Bar (1982), #30347

United States District Court for the Western District of Missouri (1982)

United States District Court for the District of Kansas (1998), #70282

United States Court of Appeals for the Eighth Circuit (1986)

United States Court of Appeals for the Tenth Circuit (1993)

United States Court of Appeals for the Seventh Circuit (2003)

United States Supreme Court (1998)

(f) **The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar;** *See* Exhibit A, Certificate of Good Standing for the State of Missouri, Western District of Missouri and Eighth Circuit Court of Appeals.

(g) **Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.**

O0262672.WPD;1

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of this Court to appear in the instant matter.

                Respectfully submitted,

                */s/*
David Baker, Mo. Bar #30347
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax: (913) 339-6187
E-mail:  pmaharry@fisherpatterson.com
E-mail:  dbaker@fisherpatterson.com
*Attorneys for Defendant City of Moberly*

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused to be delivered to the following a true and correct copy of the above and foregoing, by depositing same in the United States Mail, postage prepaid, on the 25th day of March, 2009:

Stephen M. Ryals
Kathryn E. Denner
John W. Bruzek
Steven J. Gunn
Tyler R. Breed
*RYALS & BREED, P.C.*
3120 Locust Street
St. Louis, MO 63103
*Attorneys for Plaintiff Athena Bachtel and B.H.*

David S. Nelson
*NELSON & NELSON*
420 N. High Street
P.O. Box Y
Belleville, IL 62222
*Attorneys for Plaintiff Harlan*

Robert J. Krehbiel
*KING, KREHBIEL, HELLMICH & BORBONUS, L.L.C.*
2000 South Hanley Road
St. Louis, O 63144-1524
*Attorneys for Defendants Baird and Newbrough*

                                                                              David Baker, #30347

O0262672.WPD;1