UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ATHENA Y. BACHTEL, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:08CV0049 AGF |
| CITY OF MOBERLY, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is came before the Court on Plaintiff's Motion for Appointment of Next Friend as to B.H., a minor, [Doc. # 39 ] filed on June 19, 2009. The motion seeks the appointment of Plaintiff Athena Bachtel, B.H.'s grandmother, as Next Friend. At the hearing on June 22, 2009, Plaintiff Bachtel confirmed her willingness to serve as Next Friend, and Ms. Katlyn M. Kendall, B.H.'s mother, with whom B.H. resides, confirmed her consent to such appointment.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Athena Bachtel as Next Friend as to B.H. [Doc. # 39] is **GRANTED**.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of June, 2009.