UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ATHENA BACHTEL, et al., | ) |
|     Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 2:08CV00049AGF |
| CITY OF MOBERLY, MISSOURI, et al., | ) ) ) |
|     Defendants. | ) |

## ORDER

Before the Court is a trust indenture (the "Indenture") submitted by counsel for Plaintiffs [Doc. #48]. Plaintiffs request that the Court review the Indenture and by Order direct that the money previously set aside for the benefit of B.H. be conveyed and held in trust according to the terms of the Indenture.

At the settlement hearing on June 22, 2009, the Court heard testimony concerning the disposition of the funds apportioned to the minor child B.H., and expressed the Court's approval of the intentions of Plaintiffs as revealed in the testimony. The Court has reviewed the Indenture presented by Plaintiffs, and finds that the Indenture fairly and properly provides for distribution of the settlement proceeds as set forth and approved at the settlement hearing.

NOW THEREFORE, it is hereby ORDERED that the Indenture [Doc. #48] is approved and that the money apportioned to B.H. shall, without undue delay, be transferred to the Trustee to be administered in accordance with the terms of the Indenture.

IT IS SO ORDERED.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

St. Louis, Missouri
Dated: July 24, 2009